**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

      **vs.**                                 **CASE NO. : 99-CR-187-01(SEC)**

**RICHARD L. PEREZ-COLON**
***************************************

**MOTION FOR SOME DISPOSITION**

TO THE HONORABLE SALVADOR E. CASELLAS
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    COMES NOW, Desirée Reyes-Calderón, U.S. Probation Officer of this Court, presenting an official report on the conduct and attitude of releasee, Richard L. Pérez-Colón, who on December 27, 2000, was sentenced to fourty-eight months (48) months of imprisonment after having plead guilty of violating 21 U.S.C. Sections 846. A five (5) year supervised release term was imposed. In addition to the standards conditions, a special monetary assessment of $100.00, a fine in the amount of $1000.00, as well the Search and Seizure conditions were also imposed. On December 20, 2002, the offender was released from custody at which time his supervised release term commenced.

    **RESPECTFULLY INFORMING THE COURT AS FOLLOWS:**

    The offender has violated the following condition of his supervision term as noted:

1. **SPECIAL CONDITION NO 7- " YOU SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND YOU SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE OR ADMINISTER CONTROLLED SUBSTANCE OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCE UNLESS PRESCRIBED OR ADVISED BY A PHYSICIAN."**

On May 31, 2007, a phone call was received from the offender who reported that on May 27, 2007, he was detained for driving under the influences of alcohol (DUIA). The breathalyzer yielded a result of .105%.

A preliminary hearing was scheduled for June 14th, 2007. Although, no probable cause was found, this case will be closely monitoreed.

**WHEREFORE**, unless ruled otherwise, it is respectfully requested that no action be taken at this time. Should the offender violate any other condition, the court will be notified. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 28th day of June 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Desirée Reyes-Calderón
Desirée Reyes-Calderón
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
Tel.(787) 771-1401
Fax. (787) 281-4928
Desiree_Reyes@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 28, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Miguel Pereira, Assistant U.S. Attorney and Gustavo A. Del Toro, Esq.

In San Juan, Puerto Rico, June 28th, 2007.

        s/Desirée Reyes-Calderón
        Desirée Reyes-Calderón
        U.S. Probation Officer
        150 Carlos Chardón Avenue
        Federal Office Building, Room 400
        San Juan, PR 00918
        Tel.(787) 771-1401
        Fax. (787) 281-4928
        Desiree_Reyes@prp.uscourts.gov