**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

   **vs.**        **CASE NO. : 99-CR-187-01(SEC)**

**RICHARD L. PEREZ-COLON**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION REQUESTING THE MODIFICATION
OF SUPERVISED RELEASE CONDITIONS**

TO THE HONORABLE SALVADOR E. CASELLAS
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

  COMES NOW, Desirée Reyes-Calderón, U.S. Probation Officer of this Court, presenting an official report on the conduct and attitude of releasee, Richard L. Pérez-Colón, who on December 27, 2000, was sentenced to a fourty-eight month (48) imprisonment term; followed by a five (5) year supervised release, after having plead guilty of violating 21 United States Code Sections 846. In addition to the standard conditions, a special monetary assessment of $100.00, a fine in the amount of $1000.00, as well the Search conditions were also imposed. On December 20, 2002, the offender was released from custody at which time his supervised release term commenced.

  **RESPECTFULLY INFORMING THE COURT AS FOLLOWS:**

  During an interview with the offender, he expressed his desire and need to receive mental health counseling since he has personal issues to address.

Information collected in the community reflects that the offender has constant mood swings, tends to be aggressive and has an apparent alcohol drinking problem.

On June 28, 2007 a motion for some disposition was filed notifying the court that the offender was detained for driving under the influence of alcohol. The issue was addressed with offender who voluntary agreed to participate in an alcohol treatment program.

Probation Form 49, Waiver for Modification of Conditions to include mental health and drug/alcohol treatment program was signed by the offender.

**WHEREFORE**, in view of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Richard Pérez-Colón's conditions of supervised release to include mental health and drug/alcohol treatment.

In San Juan, Puerto Rico, this 27th day of July 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Desirée Reyes-Calderón
Desirée Reyes-Calderón
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
Tel.(787) 771-1401
Fax. (787) 281-4928
Desiree_Reyes@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 27, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Miguel Pereira, Assistant U.S. Attorney and Gustavo A. Del Toro, Esq.

In San Juan, Puerto Rico, July 27th , 2007.

        s/Desirée Reyes-Calderón
        Desirée Reyes-Calderón
        U.S. Probation Officer
        150 Carlos Chardón Avenue
        Federal Office Building, Room 400
        San Juan, PR 00918
        Tel.(787) 771-1401
        Fax. (787) 281-4928
        Desiree_Reyes@prp.uscourts.gov