PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
## FOR THE
### District of Puerto Rico

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate in a mental health program for evaluation and /or treatment, as directed by the U.S. Probation Officer. I shall remain in treatment until satisfactorily discharged by the program personnel and with the approval of the U.S. Probation Officer.**

**The defendant shall participate in a drug / alcohol treatment program (in-patient or out-patient) and submit to random urinalysis / breathalysers, not to exceed 104 samples per year, in accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. The defendant is required to contribute to the cost of services rendered (co-payment) based on the ability to pay or availability of third party payments, as approved by the Court.**

Witness:  Signed: *(signature)*

Desiree Reyes-Calderón        Richard L. Pérez-Colón
U.S. Probation Officer        Probationer/Releasee

June 28, 2007
Date