UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

        v.           Criminal No. 99-187(SEC)

RICHARD L. PEREZ-COLON
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 274** **U.S. Probation Officer's Motion Requesting the Modification of Supervised Release Conditions** | **GRANTED.** U.S. Probation Officer Desirée Reyes-Calderón has requested that Defendant Pérez-Colón's conditions of supervised release be modified to include mental health counseling and alcohol/drug treatment. Defendant Pérez-Colón has waived his right to a hearing and agreed to the requested condition (see Attachment to Docket 274). Accordingly, Defendant Pérez-Colón's conditions of supervised release are hereby modified to include the following: **The defendant shall participate in a mental health program for evaluation and/or treatment, as directed by the U.S. Probation Officer. The defendant shall remain in treatment until satisfactorily discharged by the program personnel and with the approval of the U.S. Probation Officer.** **The defendant shall participate in a drug/alcohol treatment program (in-patient or out-patient) and submit to random urinalysis/breathalyzers, not to exceed 104 samples per year, in accordance with the drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. The defendant is required to contribute to the cost of services rendered (co-payment) based on the ability to pay or availability of third party payments, as approved by the Court.** |

DATE: August 14, 2007.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge